**No. 53024.**—W. Fein & Sons *v.* United States, protest 134289–K (New York).

Opinion by MOLLISON, J. At the trial certain reports, signed by the examiner and attached to each of the invoices, were received in evidence stating that all of the items covered by the invoices in entries 301303 and 348560, and the items marked "X" on the invoices covered by entry 762244, consisted of rabbit fur and hair, not on the skin, and not blown or otherwise processed after removal from the skin. On the record presented the claim for free entry under paragraph 1681 as to all of the merchandise covered by entries 301303 and 348560, and as to the items marked "X" on the invoice covered by entry 762244, was sustained. The protest was overruled in all other respects.

BEFORE THE SECOND DIVISION, APRIL 13, 1949

**No. 53025.**—H. P. Lambert Co. *v.* United States, protest 132411–K (Boston).

Opinion by LAWRENCE, J. When the case was called for hearing it was stipulated that the importation in question actually consisted of padlocks, not of pin tumbler or cylinder construction, and that the locks measured 1⅞ inches wide. Upon the agreed statement of facts the claim of the plaintiff was sustained.

**No. 53026.**—Louis Meyers & Son, Inc. *v.* United States, protests 905497–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.